Kara Hadican Samuels
Kara H. Samules & Assoc.
4004 Canal St.
New Orleans LA 70119

Jennifer L. Thornton
Stanley, Reuter, Ross
909 Poydras, Suite 2500
New Orleans LA 70112

Christian S. Chaney
Stanley, Reuter, Ross
909 Poydras St., Ste. 2500
News Orleans LA 70112

**REHEARING ACTION: June 13, 2018**

**Docket Number: 17   00894-CA**

**BRANDI BILLEAUDEAU**
**VERSUS**
**OPELOUSAS GENERAL HOSPITAL AUTHORITY, ET AL.**

**Appealed from St. Landry Parish Case No. 11-C-5112-D   c/w, 13-C-0097-D**

**BEFORE JUDGES:**

    **Hon. Phyllis M. Keaty**
    **Hon. John E. Conery**
    **Hon. Van H. Kyzar**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Brandi Billeaudeau, et al** has this day been

    **DENIED.**

cc: Alexander T. Reinboth, Counsel for the Appellee
   George Davidson Fagan, Counsel for the Appellee
   Anton L. Hasenkampf, Counsel for the Appellee
   J. Gregory Vidrine, Counsel for the Appellee
   Brandon M. Rhodes, Counsel for the Appellant
   Gary Jude Delahoussaye, Counsel for the Appellant
   Nicholas Gachassin, III, Counsel for the Appellant
   John Jerry Glas, Counsel for the Appellant
   Joseph L. McReynolds, Counsel for the Appellant
   Karen Patricia Holland, Counsel for the Appellant
   Frances Irene McGinnis, Counsel for the Appellant
   George P. Hebbler, Jr., Counsel for the Appellant
   Jacob E. Favaron, Counsel for the Appellee
   William H. Parker, III, Counsel for the Appellee

George Davidson Fagan
Leake & Anderson
1100 Poydras Street, #1700
New Orleans LA 70163

Anton L. Hasenkampf
Leake & Andersson
1100 Poydras Street, #1700
New Orleans LA 70163


**REHEARING ACTION: June 13, 2018**


**Docket Number: 17   00894-CA**

**BRANDI BILLEAUDEAU**
**VERSUS**
**OPELOUSAS GENERAL HOSPITAL AUTHORITY, ET AL.**

**Appealed from St. Landry Parish Case No. 11-C-5112-D   c/w, 13-C-0097-D**


<u>**BEFORE JUDGES**</u>:

   **Hon. Phyllis M. Keaty**
   **Hon. John E. Conery**
   **Hon. Van H. Kyzar**


As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **National Union Fire Ins. Company** has this day been

   **DENIED.**


cc: Alexander T. Reinboth, Counsel for the Appellee
    J. Gregory Vidrine, Counsel for the Appellee
    Brandon M. Rhodes, Counsel for the Appellant
    Gary Jude Delahoussaye, Counsel for the Appellant
    Nicholas Gachassin, III, Counsel for the Appellant
    John Jerry Glas, Counsel for the Appellant
    Joseph L. McReynolds, Counsel for the Appellant
    Karen Patricia Holland, Counsel for the Appellant
    Kara Hadican Samuels, Counsel for the Appellant
    Jennifer L. Thornton, Counsel for the Appellant
    Christian S. Chaney, Counsel for the Appellant
    Frances Irene McGinnis, Counsel for the Appellant
    George P. Hebbler, Jr., Counsel for the Appellant
    Jacob E. Favaron, Counsel for the Appellee
    William H. Parker, III, Counsel for the Appellee

# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
### P.O. Box 16577
### Lake Charles LA 70616
### (337) 433-9403

Frances Irene McGinnis
Attorney at Law
3501 N. Causeway, Suite 400
Metairie LA 70002

George P. Hebbler, Jr.
Hebbler & Giordano, LLC
3501 N. Causeway Blvd, #400
Metairie LA 70002


**REHEARING ACTION: June 13, 2018**


**Docket Number: 17   00894-CA**

**BRANDI BILLEAUDEAU**
**VERSUS**
**OPELOUSAS GENERAL HOSPITAL AUTHORITY, ET AL.**

**Appealed from St. Landry Parish Case No. 11-C-5112-D   c/w, 13-C-0097-D**


**BEFORE JUDGES:**

> **Hon. Phyllis M. Keaty**
> **Hon. John E. Conery**
> **Hon. Van H. Kyzar**


As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Nautilus Insurance Company** has this day been

> **DENIED.**


cc: Alexander T. Reinboth, Counsel for the Appellee
    George Davidson Fagan, Counsel for the Appellee
    Anton L. Hasenkampf, Counsel for the Appellee
    J. Gregory Vidrine, Counsel for the Appellee
    Brandon M. Rhodes, Counsel for the Appellant
    Gary Jude Delahoussaye, Counsel for the Appellant
    Nicholas Gachassin, III, Counsel for the Appellant
    John Jerry Glas, Counsel for the Appellant
    Joseph L. McReynolds, Counsel for the Appellant
    Karen Patricia Holland, Counsel for the Appellant
    Kara Hadican Samuels, Counsel for the Appellant
    Jennifer L. Thornton, Counsel for the Appellant
    Christian S. Chaney, Counsel for the Appellant
    Jacob E. Favaron, Counsel for the Appellee
    William H. Parker, III, Counsel for the Appellee